1  MIRANDA KANE (CSBN 150630)
   JORDAN DICKSON (CSBN 324406)
2  **CONRAD | METLITZKY | KANE LLP**
   217 Leidesdorff Street
3  San Francisco, CA  94111
   Telephone:   (415) 343-7100
4  Facsimile:   (415) 343-7101
   Email:       mkane@conmetkane.com
5  Email:       jdickson@conmetkane.com

6  Attorneys for Defendant Demarco Riley

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 25-CR-00156-HSG (AGT) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |
| DEMARCO RILEY, | |
| Defendant. | (Filed Under Seal) |

On June 24, 2025, Defendant Demarco Riley was placed on pre-trial release in the above referenced matter with a number of conditions, including that he submit to electronic monitoring with a 9:00 pm to 9:00 am curfew. Pre-trial Services has requested that the monitoring condition be removed and that the third party custodian be responsible for making sure that Defendant Riley adhere to his curfew. Pretrial Services further requests that the Eastern District of California's courtesy supervision of Defendant Riley include in-person office meetings and virtual check-ins, but not home visits. ▮

▮

▮

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████. The parties agree to these requested modifications.

AUSA Kevin Yeh has reviewed this Stipulation and [Proposed] Order and authorizes undersigned counsel to file it on the parties' behalf.

**IT IS SO STIPULATED.**

DATED: June 25, 2025                        Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Miranda Kane*
MIRANDA KANE
Attorney for Demarco Riley

DATED: June 25, 2025                        CRAIG MISSAKIAN
United States attorney

*/s/ Kevin Yeh*
KEVIN YEH
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE BEING SHOWN and pursuant to the parties' under seal stipulation, Demarco Riley's conditions of pre-trial release shall be modified to remove the electronic monitoring requirement. Mr. Riley's third party custodian shall be responsible for making sure that he does not violate his 9:00 p.m. to 9:00 a.m. curfew.  All other conditions of release shall remain in effect.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                THE HONORABLE ALEX G. TSE
                                                United States Magistrate Judge