MIRANDA KANE (SBN 150630)
JORDAN DICKSON (SBN. 324406)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mkane@conmetkane.com
jdickson@conmetkane.com

Attorneys for Defendant Demarco Riley

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEMARCO RILEY,

Defendant.

CASE NO. 25-CR-00156-YGR (AGT)

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

On June 24, 2025, the Court ordered Demarco Riley to be released pending trial with a number of conditions, including that his girlfriend, Chrystina Ruiz, serve as a third-party custodian and surety. ECF No. 37. To date, Mr. Riley has complied with all conditions of release.

The parties stipulate and agree to modify Mr. Riley's release conditions to remove Ms. Ruiz as custodian and surety. Mr. Riley's supervising Pretrial Services Officer, Evette Perez, does not object.

AUSA Kevin Yeh has reviewed this Stipulation and [Proposed] Order and authorizes undersigned counsel to file it on the parties' behalf.

**IT IS SO STIPULATED.**

DATED: April 1, 2026

Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Miranda Kane*
MIRANDA KANE
Attorney for Demarco Riley

DATED: April 1, 2026

CRAIG MISSAKIAN
United States attorney

*/s/ Kevin Yeh*
KEVIN YEH
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE BEING SHOWN and pursuant to the parties' stipulation, Demarco Riley's conditions of pretrial release shall be modified to remove the third-party custodian and surety condition. All other conditions of release shall remain in effect.

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________
THE HONORABLE ALEX G. TSE
United States Magistrate Judge