# ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** **The Honorable Alex G. Tse**
**U.S. Magistrate Judge**

**RE:** **RILEY, Demarco**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **4:25-CR-00156-YGR**

**Date:** **5/27/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Brad Wilson, Specialist | 415-837-3962 |
|---|---|
| United States Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

XX Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom A on June 2, 2026 at 10:00 AM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. ____________________

B. ____________________

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

________________________________________

________________________________________

________________________________________

**JUDICIAL OFFICER**
Hon. Alex G. Tse
U.S. Magistrate Judge

May 27, 2026
**DATE**