# ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** **The Honorable Alex G. Tse**
**U.S. Magistrate Judge**

**RE:** **RILEY, Demarco**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **4:25-CR-00156-YGR-2**

**Date:** **6/2/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Brad Wilson, Specialist | 415-837-3962 |
| --- | --- |
| United States Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ XX Modification(s)

1. **The defendant shall increase his substance abuse therapy to once a week.**
2. **The defendant shall increase his drug/alcohol testing to random once a month.**
3. **The defendant shall now attend self-help groups (i.e. Alcoholics Anonymous) twice a month and provide Pretrial Services proof of attendance.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________

| ______________________ | June 2, 2026 |
| --- | --- |
| **JUDICIAL OFFICER** | **DATE** |

Hon. Alex G. Tse
U.S. Magistrate Judge